**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello, Esq.
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661

*Attorneys for Plaintiffs U.S. Bank, National Association,*
*as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation <br><br> Plaintiffs, <br><br> v. <br><br> SFR INVESTMENT POOL 1, LLC, a Nevada limited liability company; SAN MARINO PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation <br><br> Defendants. | ) CASE NO.: 2:17 cv-01319-JCM-GWF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <u>**STIPULATION AND ORDER TO EXTEND**</u> <br> ) <u>**DISCOVERY AND TO AMEND**</u> <br> ) <u>**SCHEDULING ORDER [ECF NO. 30]**</u> <br> ) **(FIRST REQUEST)** <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-4, Plaintiffs U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc. ("Plaintiffs") through undersigned counsel, the law firm of Dickinson Wright, PLLC, Defendant SFR Investments Pool 1, LLC ("SFR") through undersigned counsel, the law firm of Kim Gilbert Ebron, and Defendant San Marino Property Owners Association ("San Marino"), the law firm Lipson Neilson Cole Seltzer & Garin PC hereby agree and stipulate to extend the case management deadlines as set forth below. This is the parties' first request to extend discovery deadlines.

**A.  BACKGROUND STATEMENT AND COMPLETED DISCOVERY:**

Plaintiffs filed their Complaint on May 10, 2017 in the United States District Court for the District of Nevada. On September 12, 2017, the Court entered its initial scheduling order in this case. (ECF No. 30.)  Plaintiffs just recently retained new counsel in this matter and filed the Substitution of Counsel on February 12, 2018.  This is the first request for an extension of the discovery deadlines, which is limited to a request for an additional sixty (60) days.

The following discovery has been completed:

Plaintiffs served initial disclosures on September 7, 2017.

Defendant SFR served initial disclosures on September 6, 2017.

Defendant San Marino served initial disclosures on September 26, 2017.

Defendant San Marino has served Plaintiffs with interrogatories, request for production and request for admission ("San Marino Discovery Requests") on November 7, 2017.  Plaintiffs have until February 16, 2018 to respond to the San Marino Discovery Requests.

Defendant/Counterclaimant SFR served US Bank with interrogatories, request for production and request for admission ("SFR Discovery Requests") on February 7, 2018.

Defendant/Counterclaimant SFR has noticed the Rule 30(b)(6) Depositions of Plaintiffs for March 9, 2018.  The parties will likely need additional time to schedule the depositions for a mutually agreeable date.

**B.  DESCRIPTION OF DISCOVERY TO BE COMPLETED:**

The parties agree that additional time is necessary for the parties to complete discovery in this case.  Plaintiffs' has recently retained new counsel who will need additional time to review documents and evaluate the case. Additionally, the parties anticipate that they will take party depositions and additional written discovery. The parties anticipate being able to schedule and complete party depositions within the next 90 days, as well as any additional fact witnesses as deemed necessary based upon documents received in response to subpoena.

**C.  PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

The parties agree that an additional 60 days is required to complete discovery, and that new

- 2 -

deadlines should begin to run from the existing deadlines:

1. **Close of Discovery:**

   Current Deadline – March 12, 2018

   Proposed Deadline – **May 11, 2018**

2. **Dispositive Motion Deadline:**

   Current Deadline – April 11, 2018

   Proposed Deadline – **June 8, 2018**

3. **Pretrial Order:**

   Current Deadline – May 11, 2018

   Proposed Deadline – **July 6, 2018**

In the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended and should be filed thirty (30) days after the decision on the dispositive motions or until further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

346400-v1

Good cause exists for this short extension as Plaintiffs' just retained new counsel who needs additional time to evaluate the case and conduct any necessary discovery. This request is not brought for the purpose of undue delay.

Dated February 14, 2018

DICKINSON WRIGHT, PLLC

By:  /s/ Cynthia Alexander
    Cynthia L. Alexander, Esq.
    Nevada Bar No. 6718
    Taylor Anello, Esq.
    Nevada Bar No. 12881
    8363 West Sunset Road, Suite 200
    Las Vegas, Nevada  89113-2210
    Tel:  (702) 550-4400
    Fax:  (702) 382-1661
    *Attorneys for Plaintiffs U.S. Bank, National*
    *Association, as Trustee for GSAA 2006-1*
    *and SunTrust Mortgage, Inc.*

Dated February 14, 2018

Kim Gilbert Ebron

By:  /s/ Diana Ebron
    Diana S. Ebron
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV 89139
    Phone: (702) 485-3300
    Fax: (702) 485-3301
    *Attorneys for Defendant SFR Investments*
    *Pool 1, LLC*

Dated February 14, 2018

Lipson Neilson Cole Seltzer & Garin PC

By:  /s/ Karen Kao
    Karen Kao
    9900 Covington Cross Dr., Ste. 120
    Las Vegas, NV 89144
    702-382-1500
    *Attorneys for Defendant San Marino*
    *Property Owners Association*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/15/2018

LVEGAS 55969-24 203368v1

- 4 -

346400-v1