DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA 2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SAN MARINO PROPERTY OWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No. 2:17-cv-01319-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SAN MARINO PROPERTY OWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA 2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation; RICHARD BELL, an individual<br><br>Counter/Cross Defendants. | |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs/Counter-Defendants, U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc. ("Plaintiffs"), Defendant/Counterclaimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, San Marino

- 1 -

Property Owners Association (the "Association") (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree extend the date for responses to Plaintiffs' Motion for Summary Judgment [ECF No. 46] and the Association's Motion for Summary Judgment [ECF No. 45] from the current due date of June 29, 2018, to **September 6, 2018**, the dispositive motions deadline set forth in the Stipulation and Order entered on June 11, 2018 [ECF No. 49]. This is the first request to extend the deadline to respond to the two motions for summary judgment.

1. On June 8, 2018, the Parties filed a Stipulation and Order to Extend Dispositive Motion Deadline for the limited purpose of taking Plaintiffs' 30(b)(6) depositions. [ECF No. 48].
2. On June 8, 2018, Plaintiffs' filed their Motion for Summary Judgment. [ECF No. 46].
3. On June 8, 2018, the Association filed its Motion for Summary Judgment. [ECF No. 45].
4. On June 11, 2018, the Stipulation and Order to Extend Dispositive Motion Deadline, Limiting Extension of the Discovery Deadline and to Amend Scheduling Order [ECF No. 30] was entered by the Court. [ECF No. 49].
5. The depositions of Plaintiffs', which were the basis of the stipulation and order to extend the dispositive motions deadline, are scheduled to occur on June 28, 2018.
6. The responses to the motions for summary judgment filed by Plaintiffs' [ECF No. 46] and the Association [ECF No. 45] are currently due on June 29, 2018.
7. The Parties have agreed to extend the deadline for responses to the pending motions for summary judgment [ECF No.'s 45, 46] to **September 6, 2018**, the dispositive motions deadline.
8. Extending this deadline will allow the Parties to obtain deposition transcripts and allow the parties to fully address the issues in this case and to incorporate any deposition testimony as necessary.
9. Also, extending this deadline will harmonize the briefing schedule with LR 7-2.
10. This is the first request for an enlargement of time of the briefing schedule.
11. This request is not made for any deleterious purpose or to cause delay, but is made in good faith by the Parties and in the interests of efficiency and judicial economy.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline to file responses to Plaintiffs' Motion for Summary Judgment [ECF No. 46] and the Association's Motion for Summary Judgment [ECF No. 45] shall be extended to **September 6, 2018**.

DATED this __28th__ day of June, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorney for SFR Investments Pool 1, LLC*

DATED this __28th__ day of June, 2018.

**LIPSON NEILSON PC**

*/s/ Karen Kao*
J. WILLIAM EBERT
Nevada Bar No. 2697
KAREN KAO
Nevada Bar No. 14386
9900 Covington cross Dr., Ste. 120
Las Vegas, NV 89144
*Attorney for San Marino Property Owners Association*

DATED this __28th__ day of June, 2018.

**DICKINSON WRIGHT, PLLC**

*/s/ Taylor Anello*
CYNTHIA L. ALEXANDER, ESQ.
Nevada Bar No. 6718
TAYLOR ANELLO, ESQ.
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
*Attorney for U.S. Bank, National Association as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: June 29, 2018

Respectfully submitted by:

KIM GILBERT EBRON

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*