**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello, Esq.
Nevada Bar No. 12881
Email: tannello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661

*Attorneys for Plaintiffs U.S. Bank, National Association,
as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada limited liability company; SAN MARINO PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation<br><br>Defendants. | CASE NO.: 2:17 cv-01319-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO DEFENDANT SFR INVESTMENT POOL 1, LLC'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT SFR INVESTMENT POOL 1, LLC'S OPPOSITION TO PLAINTIFFS' SUMMARY JUDGMENT**<br>**(First Request)** |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-4, Plaintiff/Counter-Defendants, U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc. ("Plaintiffs") through undersigned counsel, the law firm of Dickinson Wright, PLLC, Defendant SFR Investments Pool 1, LLC ("SFR") through undersigned counsel, the law firm of Kim Gilbert Ebron, and Defendant San Marino Property Owners Association ("San Marino"), the law firm Lipson Neilson Cole Seltzer & Garin PC hereby agree and stipulate to extend the deadline to file responses to SFR's Motion for Summary Judgment [ECF No. 54] and the Plaintiff's

Response to SFR's Opposition its Motion for Summary Judgment [ECF No. 46] because the parties are actively engaged in settlement discussions. This is the first request to extend the foregoing deadlines.

1. On June 8, 2018, Plaintiffs filed their Motion for Summary Judgment. [ECF No. 46].
2. On June 29, 2018, a Stipulation and Order to Extend Time to File Responses to Plaintiffs' Motion for Summary Judgment and San Marino Property Owners Association's Motion For Summary Judgment (First Request) [ECF No. 51] was entered by the Court extending the time for filing responses from June 29, 2018, to September 6, 2018, to allow the Parties to fully address the issues in this case.
3. On September 6, 2018, SFR filed their Opposition to Plaintiffs' Motion for Summary Judgment. [ECF No. 55].
4. On September 6, 2018, SFR filed their Motion for Summary Judgment. [ECF No. 54].
5. Plaintiffs' Response to SFR's Opposition to Plaintiffs' Motion for Summary Judgment [ECF No. 55] is currently due on September 21, 2018. The Parties have agreed to extend the deadline for Plaintiff to file its Response to SFR's Opposition to Plaintiffs' Motion for Summary Judgment [ECF No. 46] to **October 5, 2018**.
6. The Response to SFR's Motion for Summary Judgment [ECF No. 54] is currently due on September 27, 2018. The Parties have agreed to extend the deadline for Plaintiffs to respond to SFR's Motion for Summary Judgment [ECF No. 54] to **October 11, 2018**.

This is the first request for an enlargement of time is not made for any deleterious purpose or to cause delay, but is made in good faith by the Parties and in the interests of efficiency and judicial economy. The parties are actively engaged in settlement discussions and request additional time to file the foregoing responses to facilitate those settlement discussions.

/ / /

/ / /

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiffs to file their response to SFR's Opposition to its Motion for Summary Judgment [ECF No. 46] shall be extended to **October 5, 2018** and the deadline for Plaintiffs' to file their response to SFR's Motion for Summary Judgment [ECF No. 54] shall be extended to **October 11, 2018**.

| | |
|---|---|
| Dated September 14, 2018 | Dated September 14, 2018 |
| DICKINSON WRIGHT, PLLC | Kim Gilbert Ebron |
| By: */s/ Cynthia Alexander*<br>Cynthia L. Alexander, Esq.<br>Nevada Bar No. 6718<br>Taylor Anello, Esq.<br>Nevada Bar No. 12881<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>Tel: (702) 550-4400<br>Fax: (702) 382-1661<br>*Attorneys for Plaintiffs U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.* | By: */s/ Diana Ebron*<br>Diana S. Ebron<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

Dated September 14, 2018

Lipson Neilson Cole Seltzer & Garin PC

By: */s/ Karen Kao*
J. William Ebert
Nevada Bar No. 2697
Karen Kao
Nevada Bar No. 14386
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
702-382-1500
*Attorneys for Defendant San Marino Property Owners Association*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 19, 2018

LVEGAS 55969-24 247538v1

- 3 -