LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant San Marino Property Owners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA 2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SAN MARINO PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br>AND ALL RELATED CLAIMS | CASE NO.: 2:17-cv-01319-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SAN MARINO PROPERTY OWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs/Counterdefendants U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc. ("Plaintiffs"), Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR"), and Defendant San Marino Property Owners Association (the "Association") (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree extend the date for responses to Plaintiffs' Motion for Summary Judgment [ECF No. 46] and the Association's Motion for Summary Judgment [ECF No. 45] from the current due date of September 22, 2018, to October 5, 2018. This is the third request to extend the deadline to respond to the two motions for summary judgment.

1. On June 8, 2018, the Parties filed a Stipulation and Order to Extend Dispositive Motion Deadline for the limited purpose of taking Plaintiffs' 30(b)(6) depositions. [ECF No. 48].

2. On June 8, 2018, Plaintiffs' filed their Motion for Summary Judgment. [ECF No. 46].

3. On June 8, 2018, the Association filed its Motion for Summary Judgment. [ECF No. 45].

4. On June 11, 2018, a Stipulation and Order to Extend Dispositive Motion Deadline, Limiting Extension of the Discovery Deadline and to Amend Scheduling Order [ECF No. 30] was entered by the Court. [ECF No. 49].

5. On June 29, 2018, a Stipulation and Order to Extend Time to File Responses to Plaintiff's Motion for Summary Judgment and San Marino Property Owners Association's Motion For Summary Judgment (First Request) [ECF No. 51] was entered by the Court extending the time for filing responses from June 29, 2018, to September 6, 2018, to allow the Parties to fully address the issues in this case.

6. This third request for an extension of time is not made for any deleterious purpose or to cause delay, but made in good faith to continue meaningful settlement discussions by the Parties and in the interests of efficiency and judicial economy.

/ / /

/ / /

/ / /

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline to file responses to Plaintiffs' Motion for Summary Judgment [ECF No. 46] and the Association's Motion for Summary Judgment [ECF No. 45] should be extended from September 22, 2018, to October 5, 2018.

| DATED this 21st day of September, 2018. | DATED this 21st day of September, 2018. |
|---|---|
| LIPSON NEILSON P.C. | DICKINSON WRIGHT, PLLC |
| /s/ Karen Kao | /s/ Taylor Anello |
| J. WILLIAM EBERT<br>Nevada Bar No. 2697<br>KAREN KAO<br>Nevada Bar No. 14386<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>bebert@lipsonneilson.com<br>kkao@lipsonneilson.com<br><br>*Attorneys for Defendant*<br>*San Marino Property Owners Association* | CYNTHIA L. ALEXANDER, ESQ.<br>Nevada Bar No. 6718<br>TAYLOR ANELLO, ESQ.<br>Nevada Bar No. 12881<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br><br>*Attorney for U.S. Bank, National Association as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.* |

DATED this 21st day of September, 2018.

KIM GILBERT EBRON

/s/ Diana Ebron

DIANA S. EBRON, ESQ.
Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorney for SFR Investments Pool 1, LLC*

/ / /

/ / /

/ / /

*U.S. Bank National Association v. SFR Investments Pool 1, LLC, et al.*

CASE NO.: 2:17-cv-01319-JCM-GWF

_____

**ORDER**

Based on the Parties' foregoing stipulation and for good cause shown,

IT IS SO ORDERED.

DATED September 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
LIPSON NEILSON P.C.


By: */s/ Karen Kao*
    J. William Ebert, Esq. (Bar # 2697)
    Karen Kao, Esq. (Bar # 14386)
    9900 Covington Cross Dr., Suite 120
    Las Vegas, NV 89144
    bebert@lipsonneilson.com
    kkao@lipsonneilson.com

*Attorneys for Defendant*
*San Marino Property Owners Association*