**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA 2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SAN MARINO PROPERTY OWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants.<br>AND ALL RELATED CLAIMS | Case Number: 2:17-cv-01319-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO COMPLETE SETTLEMENT AGREEMENT**<br>**(First Request)** |

Plaintiff/Counter-Defendants, U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc. ("Plaintiffs"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant San Marino Property Owners Association ("San Marino"), (collectively as the "Parties"), hereby stipulate and agree to continue finalizing settlement agreement terms in connection with this case. The parties base this agreement upon the following:

1. The Parties filed a Notice of Settlement with the court on October 5, 2018 (ECF No. 62).

2. The Parties agreed to file a stipulation of dismissal no later than November 4, 2018 (ECF No. 62).

1

3. The Parties are still in the process of completing the settlement documentation.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED the Parties request an additional 30 days to complete the settlement documentation and to file the Stipulation for Dismissal.

IT IS FURTHER STIPULATED AND AGREED that the Parties jointly request that the calendared deadlines continue to be stayed and/or that the case be held in abeyance while the Parties document the settlement.

Dated: November 1, 2018

DICKINSON WRIGHT, PLLC

By: /s/ *Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Taylor Anello, Esq.
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Tel: (702) 550-4400
*Attorneys for Plaintiffs U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.*

Dated: November 1, 2018

LIPSON NEILSON PC

By: /s/ *Karen Kao, Esq.*
Karen Kao, Esq.
Nevada Bar No. 14386
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
Tel: (702) 382-1500
*Attorneys for Defendant San Marino Property Owners Association*

Dated: November 1, 2018

KIM GILBERT EBRON

By: /s/ *Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Tel: (702) 485-3300
*Attorneys for Defendant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/02/2018