**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA 2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SAN MARINO PROPERTY OWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants.<br>AND ALL RELATED CLAIMS | Case Number: 2:17-cv-01319-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO COMPLETE SETTLEMENT AGREEMENT**<br>**(Fourth Request)** |

Plaintiff/Counter-Defendants, U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc. ("Plaintiffs"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant San Marino Property Owners Association ("San Marino"), (collectively as the "Parties"), hereby stipulate and agree to continue finalizing settlement agreement terms in connection with this case. The parties base this agreement upon the following:

1. The Parties filed a Notice of Settlement with the court on October 5, 2018 (ECF No. 62).

2. The Parties agreed to file a stipulation of dismissal no later than November 4, 2018 (ECF No. 62).

1

3. On November 1, 2018 the Parties filed a Stipulation and Order to Extend Time for Parties to Complete Settlement Agreement (First Request) which requested an additional 30 days or until December 4, 2018 to file dismissal documents (ECF No. 63).

4. On November 2, 2018 the court issued an Order to Extend Time for Parties to Complete Settlement Agreement (First Request) for an additional 30 days or until December 4, 2018 to file dismissal documents (ECF No. 64).

5. On November 30, 2018 the Parties filed a Stipulation and Order to Extend Time for Parties to Complete Settlement Agreement (Second Request) which requested an additional 30 days or until December 4, 2018 to file dismissal documents (ECF No. 65).

6. On December 3, 2018 the court issued an Order to Extend Time for Parties to Complete Settlement Agreement (Second Request) for an additional 30 days or until January 4, 2019 to file dismissal documents (ECF No. 66).

7. On January 2, 2019 the Parties filed a Stipulation and Order to Extend Time for Parties to Complete Settlement Agreement (Third Request) which requested an additional 30 days to file dismissal documents (ECF No. 67).

8. On January 3, 2019 the court issued an Order to Extend Time for Parties to Complete Settlement Agreement (Third Request) for an additional 30 days or until February 1, 2019 to file dismissal documents (ECF No. 68).

9. The Parties are still in the process of finalizing the settlement documentation and are working diligently to complete the agreement terms. This stipulation is sought in good faith and not for the purposes of delay but instead to promote efficiency and judicial economy. No prejudice will result to any Party as a result of the postponing the deadlines.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED the Parties request an additional 30 days to complete the settlement documentation and to file the Stipulation for Dismissal.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that the Parties jointly request that the calendared deadlines continue to be stayed and/or that the case be held in abeyance while the Parties document the settlement.

Dated: February 1, 2019                                    Dated: February 1, 2019

    DICKINSON WRIGHT, PLLC                                 KIM GILBERT EBRON

By: */s/ Cynthia L. Alexander*                                By: */s/ Diana S. Ebron*
    Cynthia L. Alexander, Esq.                                  Diana S. Ebron, Esq.
    Nevada Bar No. 6718                                         Nevada Bar No. 10580
    Taylor Anello, Esq.                                         7625 Dean Martin Drive, Suite 110
    Nevada Bar No. 12881                                        Las Vegas, NV 89139
    8363 West Sunset Road, Suite 200                            Tel: (702) 485-3300
    Las Vegas, Nevada 89113                                     *Attorneys for Defendant SFR*
    Tel: (702) 550-4400                                         *Investments Pool 1, LLC*
    *Attorneys for Plaintiffs U.S. Bank,*
    *National Association, as Trustee for GSAA*
    *2006-1 and SunTrust Mortgage, Inc.*

Dated: February 1, 2019

    LIPSON NEILSON PC

By: */s/ Karen Kao*
    Karen Kao, Esq.
    Nevada Bar No. 14386
    9900 Covington Cross Dr., Ste. 120
    Las Vegas, NV 89144
    Tel: (702) 382-1500
    *Attorneys for Defendant San Marino*
    *Property Owners Association*

**IT IS SO ORDERED.**

                                                        /s/ George Foley Jr.
                                   UNITED STATES MAGISTRATE JUDGE

                                   DATED: 2/4/2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of February, 2019, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO COMPLETE SETTLEMENT AGREEMENT (Fourth Request)** by electronic service in accordance with Administrative Order 14.2, to all interested parties, through the Court's **CM/ECF ELECTRONIC NOTIFICATION** system addressed to:

J. William Ebert, Esq.
Karen Kao, Esq.
Lipson Neilson PC
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
*Attorneys for Defendant San Marino Property Owners Association*

Diana Ebron, Esq.
Jacqueline Gilbert, Esq.
Karen Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant SFR Investments Pool 1, LLC*

　　　　　　　　　　　　　　　　*/s/ Mark A. Mangiaracina*
　　　　　　　　　　　　　　　　An employee of Dickinson Wright PLLC