UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-1319 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant San Marino Property Owners Association's ("San Marino") motion for summary judgment. (ECF No. 45).

Also before the court is plaintiff SunTrust Mortgage, Inc. ("SunTrust") and U.S. Bank, National Association's ("U.S. Bank") motion for summary judgment. (ECF No. 46).

Also before the court is defendant SFR Investments Pool 1, LLC's ("SFR") motion for summary judgment. (ECF No. 54).

On October 5, 2018, U.S. Bank filed a notice of settlement. (ECF No. 62). Thereafter, the parties filed four stipulations to extend time to complete the settlement agreement. (ECF Nos. 63, 65, 67, 69). Accordingly, the court will deny without prejudice the pending motions subject to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that San Marino's motion for summary judgment (ECF No. 45) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that SunTrust and U.S. Bank's motion for summary judgment (ECF No. 46) be, and the same hereby is, DENIED without prejudice.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that SFR's motion for summary judgment (ECF No 54) be, and the same hereby is, DENIED without prejudice.

DATED February 6, 2019.

_____
UNITED STATES DISTRICT JUDGE