**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello, Esq.
Nevada Bar No. 12881
Email: tannello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661

*Attorneys for Plaintiffs U.S. Bank, National Association,
as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for GSAA2006-1, an Ohio Company; SUNTRUST MORTGAGE, INC., a Virginia Corporation<br><br>Plaintiffs,<br><br>v.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada limited liability company; SAN MARINO PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation<br><br>Defendants. | CASE NO.: 2:17 cv-01319-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff/Counter-Defendants, U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc. ("Plaintiffs") through undersigned counsel, the law firm of Dickinson Wright, PLLC, Defendant SFR Investments Pool 1, LLC ("SFR") through undersigned counsel, the law firm of Kim Gilbert Ebron, and Defendant San Marino Property Owners Association ("San Marino"), the law firm Lipson Neilson Cole Seltzer & Garin PC (collectively as the "Parties"), hereby agrees and stipulates as follows:

- 1 -

IT IS HEREBY AGREED AND STIPULATED by and between the Parties to dismiss all claims and causes of action alleged in the Complaint and SFR's Counterclaims, known or unknown, against one another with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated March 20, 2019 | Dated March 20, 2019 |
| DICKINSON WRIGHT, PLLC | Kim Gilbert Ebron |
| By: /s/ Cynthia L. Alexander<br>Cynthia L. Alexander, Esq.<br>Nevada Bar No. 6718<br>Taylor Anello, Esq.<br>Nevada Bar No. 12881<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>Tel: (702) 550-4400<br>Fax: (702) 382-1661<br>*Attorneys for Plaintiffs U.S. Bank, National Association, as Trustee for GSAA 2006-1 and SunTrust Mortgage, Inc.* | By: /s/ Diana S. Ebron<br>Diana S. Ebron<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

Dated March 20, 2019

Lipson Neilson Cole Seltzer & Garin PC

By: /s/ Karen Kao
    J. William Ebert
    Nevada Bar No. 2697
    Karen Kao
    Nevada Bar No. 14386
    9900 Covington Cross Dr., Ste. 120
    Las Vegas, NV 89144
    702-382-1500
    *Attorneys for Defendant San Marino Property Owners Association*

**IT IS SO ORDERED:**

_____<br>UNITED STATES DISTRICT JUDGE

DATED this  2nd  day of ____April_____, 2019.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of March 2019, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by electronic service in accordance with Administrative Order 14.2, to all interested parties, through the Court's **CM/ECF ELECTRONIC NOTIFICATION** system addressed to:

Karen Kao, Esq.
Lipson Neilson Cole Seltzer & Garin PC
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
*Attorneys for Defendant San Marino Property Owners Association*

Diana Ebron, Esq.
Jacqueline Gilbert, Esq.
Karen Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant SFR Investments Pool 1, LLC*

                                  */s/ Mark Mangiaracina*
                                  An Employee of Dickinson Wright PLLC

LVEGAS 55969-24 256902v1