UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|                                                      |                                     |
|------------------------------------------------------|-------------------------------------|
| U.S. BANK, NATIONAL ASSOCIATION, *et al.*,           | Case No. 2:17-cv-01319-JCM-GWF      |
|                                          Plaintiffs, | ORDER                               |
| v.                                                   |                                     |
| SFR INVESTMENTS POOL 1, LLC, *et al.*,               |                                     |
|                                         Defendants.  |                                     |

Presently before the court is the matter of *U.S. Bank, National Association, et al. v. SFR Investments Pool 1, LLC, et al.*, case number 2:17-cv-01319-JCM-GWF.

On May 10, 2017, plaintiffs U.S. Bank, National Association ("U.S. Bank") and SunTrust Mortgage, Inc. ("SunTrust") (collectively "plaintiffs") initiated this quiet title action against defendants SFR Investments Pool 1, LLC and San Marino Property Owners Association. (ECF No. 1). On June 1, 2017, the court ordered each of the plaintiffs to post security for costs in the amount of $500.00 pursuant to NRS 18.130. (ECF No. 10). On June 6, 2017, U.S. Bank and SunTrust each deposited $500.00 with the court. (ECF No. 11).

On April 2, 2019, the court granted the parties' stipulation to dismiss with prejudice all claims in this action. (ECF No. 75). As this matter is now concluded, the court will disburse to plaintiffs their $500.00 security bonds plus interest.

Accordingly,

IT IS SO ORDERED.

DATED THIS 4th day of April 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE